STATE OF CONNECTICUT *v.* CHARLES MCCLENDON

The defendant's petition for certification for appeal from the Appellate Court (AC 15529) is dismissed.

*Elizabeth M. Inkster*, assistant public defender, in support of the petition.

*Christopher T. Godialis*, deputy assistant state's attorney, in opposition.

Decided September 18, 1996

LEWIS J. BUSCONI ET AL. *v.* RONALD DIGHELLO ET AL.

The defendants' petition for certification for appeal from the Appellate Court (AC 15751) is dismissed.

*Marni Smith Katz*, in support of the petition.

Decided September 18, 1996

PAUL KOSTAK *v.* ADELE KOSTAK

The plaintiff's petition for certification for appeal from the Appellate Court (AC 15836) is denied.

*Henry D. Marcus*, in support of the petition.

*Lynn D. Wittenbrink*, in opposition.

Decided September 18, 1996

STATE OF CONNECTICUT *v.* PAULA CORRIGAN

The defendant's petition for certification for appeal from the Appellate Court, 40 Conn. App. 359 (AC 13332), is denied.